UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARISOL TONES o/b/o MM,
                              Plaintiff,                         19 **CIVIL** 4513 (JMF)

         -against-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                              Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 10, 2020, the Report and Recommendation is ADOPTED in its entirety, Plaintiff's motion is denied, and the Commissioner's motion is granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          July 10, 2020

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                  **BY:**
                                                         **Deputy Clerk**